JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

**FILED**

MAR 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADRIAN DUNCAN ) <br> ) <br> Defendant. ) | CR 10-0034 JSW(EMC) <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |

On March 2, 2010, the parties in this case appeared before the Court for ID of counsel and to amend bond conditions. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from March 2, 2010, through March 25, 2010, for effective preparation of defense counsel and for continuity of defense counsel. The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 10-0034 JSW(EMC)        1

1  //
2  a continuance outweighed the best interests of the public and the defendant in a speedy trial. *See*
3  18 U.S.C. § 3161(h)(7)(A).
4
5  SO STIPULATED:
6                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney
7
                                           /s/
8  DATED: March 11, 2010    _____
                                           OWEN P. MARTIKAN
9                                         Assistant United States Attorney
10
                                           RAMSEY EHRLICH LLP
11
                                           /s/
12 DATED: March 11, 2010    _____
                                           ISMAIL RAMSEY
13                                        Attorney for Adrian Duncan
14
15                         [PROPOSED] ORDER
16       As the Court found on March 2, 2010, and for the reasons stated above, an exclusion of
17 time from March 2, 2010, through March 25, 2010, is warranted because the ends of justice
18 served by the continuance outweigh the best interests of the public and the defendant in a speedy
19 trial. *See* 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny
20 defense counsel the reasonable time necessary for effective preparation and for continuity of
21 counsel, taking into account the exercise of due diligence, and would result in a miscarriage of
22 justice. See 18 U.S.C. §3161(h)(7)(B)(iv).
23
24 SO ORDERED.
25
26
   DATED: 3/15/10             _____
27                                        HON. EDWARD M. CHEN
                                           United States Magistrate Judge
28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 10-0034 JSW(EMC)            2